**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael ARAIZA–ORTEGA,**
**Defendant–Appellant.**

No. 12–50284.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2013.*

Filed April 22, 2013.

George Hardy, Assistant U.S. Attorney, United States Department of Justice,

Bruce R. Castetter, Assistant U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gordon Stewart Brownell, St. Helena, CA, for Defendant–Appellant.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Michael Araiza–Ortega appeals from the district court's judgment and challenges the 24–month sentence imposed following his guilty-plea conviction for attempted transportation of illegal aliens and aiding and abetting, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Araiza–Ortega's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Araiza–Ortega the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.